# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

August 6, 2020

Writer's Direct Contact
+1 (212) 336.4341
AdamHunt@mofo.com

<u>Via ECF</u>

Hon. Ronnie Abrams
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, NY 10007

Re:   ***Shimanovsky v. S.C. Johnson & Son, Inc.***
      **Case No. 1:20-cv-03588-RA (S.D.N.Y)**

Dear Judge Abrams:

We represent Defendant S.C. Johnson & Son, Inc. ("SC Johnson") in the above-referenced action and write to respectfully request that the Court extend the current deadline for SC Johnson to respond to Plaintiff's Complaint until September 8, 2020 and adjourn the initial status conference to a date convenient for the Court on or after September 18, 2020. SC Johnson's response is currently due on August 6, 2020 and the initial status conference is scheduled for August 14, 2020. This is SC Johnson's first request for an extension of time to respond to the complaint and seek an adjournment of the initial status conference. Plaintiff consents to these requests for an extension and adjournment, and they will not impact any other case deadlines.

Respectfully Submitted,

/s/ Adam J. Hunt

Adam J. Hunt

Application granted. The initial conference is hereby adjourned to September 25, 2020 at 11:30 AM.

SO ORDERED.

_____
Hon. Ronnie Abrams
8/7/2020

sf-4313980