UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

KATHERINE SHIMANOVSKY, *individually and on behalf of all others similarly situated*,

                        Plaintiff,

                -v-

S.C. JOHNSON & SON, INC.,

                        Defendant.
----------------------------------------------------------X

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 10/19/2020

No. 20-CV-3588 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 8, 2020 Defendant S.C. Johnson & So, Inc. filed a motion to dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  On September 18, 2020, the Court granted Plaintiff Katherine Shimanovksy's request for an extension of time to file an amended complaint.  On October 16, 2020, Ms. Shimanovsky timely filed an amended complaint.  Accordingly, Defendant's motion to dismiss filed on September 8, 2020 is denied as moot.  The Clerk of Court is respectfully requested to close the motion at docket number fourteen (14).

SO ORDERED.

Dated:     October 19, 2020
             New York, New York

                                                            Ronnie Abrams
                                                             United States District Judge