ADAM J. HUNT
AdamHunt@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:  212.468.8000
Facsimile:   212.468-7900

DAVID F. MCDOWELL
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
(Admitted *Pro Hac Vice*)

Attorneys for Defendant
S.C. JOHNSON & SON, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

CARMEN RIVERA, LETISHA WILLIAMS,
ROSEMARY VAVITSAS, LISA MACK,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

-against-

S.C. JOHNSON & SON, INC.,

                Defendant.

--------------------------------------------------------- x

Index No. 1:20-cv-03588-RA
Hon. Ronnie Abrams

**DEFENDANT S.C. JOHNSON & SON, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

sf-4376576

**PLEASE TAKE NOTICE THAT**, Defendant S.C. Johnson & Son, Inc. ("SC Johnson") will move this Court, before the Honorable Ronnie Abrams, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time to be designated by the Court, for an order dismissing Plaintiffs Carmen Rivera, Letisha Williams, Rosemary Vavitsas, and Lisa Mack's First Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for such other and further relief as the Court may deem just. In support of this motion, SC Johnson submits the attached Memorandum of Law, Request for Judicial Notice, and supporting declaration of David F. McDowell.

Dated: Los Angeles, California  
November 13, 2020

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ David F. McDowell  
David F. McDowell

Attorneys for Defendant  
S.C. JOHNSON & SON, INC.  
707 Wilshire Boulevard, Suite 6000  
Los Angeles, CA 90017-3543  
213.892.5200

sf-4376576