|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 11/02/2021 |

CARMEN RIVERA, LETISHA WILLIAMS, LISA MACK, ROSEMARY VAVITSAS,

                Plaintiffs,

v.

S.C. JOHNSON & SON, INC.,

                Defendant.

No. 20-CV-3588 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 25, 2021, Defendant moved to stay this case until at least December 7, 2021 in order to await final approval of a nationwide class settlement in *Clark v. S.C. Johnson & Son, Inc.*, No. RG20067897. Defendant represents that the resolution of the issues in the *Clark* case will subsume the class claims in this action. Dkt. 38. By no later than November 5, 2021, Plaintiffs shall inform the Court whether it opposes Defendant's request.

SO ORDERED.

Dated:    November 2, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge