| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 11/09/2021 |

CARMEN RIVERA, LETISHA WILLIAMS, LISA MACK, ROSEMARY VAVITSAS,

                  Plaintiffs,

v.

S.C. JOHNSON & SON, INC.,

                  Defendant.

No. 20-CV-3588 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 25, 2021, Defendant moved to stay this case until at least December 7, 2021 in order to await final approval of a nationwide class settlement in *Clark v. S.C. Johnson & Son, Inc.*, No. RG20067897. Defendant represented that the resolution of the issues in the *Clark* case will subsume the class claims in this action. Dkt. 38. On November 2, 2021, the Court ordered Plaintiffs to inform the Court whether they opposed Defendant's request by no later than November 5, 2021. Dkt. 42. Plaintiffs have opposed Defendant's motion to stay. Dkt. 43. If Defendant intends to file a reply to Plaintiffs' opposition, it shall do so by no later than November 16.

SO ORDERED.

Dated:    November 9, 2021
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge