MORRISON | FOERSTER

707 WILSHIRE BOULEVARD
LOS ANGELES
CALIFORNIA  90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

January 10, 2022

Writer's Direct Contact
+1 (213) 892.5383
DMcDowell@mofo.com

<u>Via ECF</u>

Hon. Ronnie Abrams
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, NY 10007

Re:   *Rivera et al. v. S.C. Johnson & Son, Inc.*
      Case No. 1:20-cv-03588-RA (S.D.N.Y)

Dear Judge Abrams:

Per Plaintiffs' December 8, 2021 consent letter, (ECF No. 48), Defendant S. C. Johnson & Son, Inc. writes to update the Court regarding the status of the settlement in *Clark v. S.C. Johnson & Son, Inc.*, No. RG20067897, pending in the Superior Court of California, County of Alameda.  The *Clark* court held a final approval hearing on December 7, 2021, but has not yet issued an order following the hearing.  Accordingly, SC Johnson respectfully requests that the Court continue the stay in this action.  Plaintiffs consent to the request to continue the stay.  SC Johnson will promptly apprise the Court once the *Clark* court issues an order with respect to final approval of the settlement.

Respectfully submitted,

David F. McDowell

sf-4658475