MORRISON | FOERSTER

707 WILSHIRE BOULEVARD
LOS ANGELES
CALIFORNIA  90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

February 17, 2022

Writer's Direct Contact
+1 (212) 336.4341
Adamhunt@mofo.com

**Via ECF**

Hon. Ronnie Abrams
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, NY 10007

Re:     ***Rivera et al. v. S.C. Johnson & Son, Inc.***
        **Case No. 1:20-cv-03588-RA (S.D.N.Y)**

Dear Judge Abrams:

Per the Court's February 15, 2022 order, (ECF No. 54), Defendant S. C. Johnson & Son, Inc. writes to update the Court regarding the status of the settlement in *Clark v. S.C. Johnson & Son, Inc.*, No. RG20067897, pending in the Superior Court of California, County of Alameda.  On February 15, 2022, the court in *Clark* issued an order granting final approval to the nationwide settlement class.  A copy of the court's final approval order is attached.

Respectfully submitted,

Adam J. Hunt

ny-2337844