UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

CARMEN RIVERA, LETISHA WILLIAMS,
LISA MACK, ROSEMARY VAVITSAS,

                      Plaintiffs,

       v.

S.C. JOHNSON & SON, INC.,

                      Defendant.

------------------------------------------------------------- x

Case No.  1:20-CV-03588-RA
Hon. Ronnie Abrams

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs

Carmen Rivera, Letisha Williams, Lisa Mack, and Rosemary Vavitsas (collectively "Plaintiffs")

and defendant S.C. Johnson & Son, Inc. ("Defendant") by their undersigned counsel, hereby

stipulate that this proceeding is DISMISSED in its entirety, with prejudice.

Dated:  May 15, 2023

**MORRISON & FOERSTER LLP**

By: _____

Adam Hunt
250 West 55th Street
New York, New York 10019
Telephone: (212) 336-4341
*AdamHunt@mofo.com*

*Counsel for Defendant*

Respectfully submitted,

**REESE LLP**

By: _____

Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone:  (212) 643-0500
*mreese@reesellp.com*

Spencer Sheehan
Sheehan & Associates PC
60 Cuttermill Rd - Ste 412
Great Neck, NY 11021
Telephone: (516) 234-7800
*spencer@spencersheehan.com*

*Counsel for Plaintiffs*