UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CARMEN RIVERA, LETISHA WILLIAMS, LISA MACK, ROSEMARY VAVITSAS,

                          Plaintiffs,

v.

S.C. JOHNSON & SON, INC.,

                          Defendant.
---------------------------------------------------------------- x

Case No. 1:20-CV-03588-RA
Hon. Ronnie Abrams

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Carmen Rivera, Letisha Williams, Lisa Mack, and Rosemary Vavitsas (collectively "Plaintiffs") and defendant S.C. Johnson & Son, Inc. ("Defendant") by their undersigned counsel, hereby stipulate that this proceeding is DISMISSED in its entirety, with prejudice.

Dated: May 15, 2023

**MORRISON & FOERSTER LLP**

By: _____
Adam Hunt
250 West 55th Street
New York, New York 10019
Telephone: (212) 336-4341
*AdamHunt@mofo.com*

*Counsel for Defendant*

SO ORDERED.

_____
Hon. Ronnie Abrams
5/16/2023

Respectfully submitted,

**REESE LLP**

By: _____
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
*mreese@reesellp.com*

Spencer Sheehan
Sheehan & Associates PC
60 Cuttermill Rd - Ste 412
Great Neck, NY 11021
Telephone: (516) 234-7800
*spencer@spencersheehan.com*

*Counsel for Plaintiffs*